**Entered on Docket
October 01, 2009**

_____
**Hon. Linda B. Riegle
United States Bankruptcy Judge**

LAW OFFICE OF FRANK SORRENTINO
FRANK SORRENTINO, ESQ.
Nevada Bar No. 000421
ANTHONY V. SORRENTINO, ESQ.                    **E-filed: 09-21-2009**
Nevada Bar No. 000420
1118 E. Carson Ave.
Las Vegas, Nevada   89101
E-Mail: carson@franksorrentino.com
(702) 384-6824
Attorneys for Debtor

## UNITED STATES BANKRUPTCY COURT

## DISTRICT OF NEVADA

| | | |
|---|---|---|
| In re: | ) | BK-S-09-21177-LBR |
| | ) | Chapter 13 |
| **NICOLE E. TOSTEN** | ) | Trustee: Rick A. Yarnall |
| | ) | |
| | ) | |
| Debtor. | ) | Date:  September 17th, 2009 |
| _____) | | Time:  3:30 p.m. |

**ORDER GRANTING MOTION TO VALUE COLLATERAL, "STRIP OFF" AND
MODIFY RIGHTS OF HOMEQ, PURSUANT TO 11 U.S.C. §506(a) AND §1322**

This matter of Debtor, NICOLE E. TOSTEN, requesting the Court's permission to

Value Collateral, "Strip Off" and Modify Rights of HOMEQ, Pursuant to 11 U.S.C. §506(a)

and §1322, coming on for hearing this 17th day of September, 2009, at 3:30 p.m., with the

LAW OFFICE OF FRANK SORRENTINO, appearing for Debtor, NICOLE E. TOSTEN, and

RICK A. YARNALL appearing as the Chapter 13 Trustee, and pursuant to notice duly

given, no opposition being filed by creditor, and the Court having heard the representation

of counsel for Debtor and the Chapter 13 Trustee, and being otherwise informed, and good cause appearing therefore,

IT IS HEREBY ORDERED that the security interest of HOMEQ in the real property commonly known as 2083 Tierra Del Verde St., Las Vegas, NV  89156, and legally described as:

Tierra Mesa, Plat Book 108, Page 24, Lot 44, Block 3

is hereby avoided and set aside and that the claim of HOMEQ in these bankruptcy proceedings shall be treated as unsecured.

IT IS FURTHER ORDERED that said lien of HOMEQ on the aforementioned property will be preserved if Debtor's bankruptcy case is converted or dismissed.

IT IS FURTHER ORDERED that the certain Deed of Trust recorded in the Office of the Clark County Recorder as document number 20050613-03486 on June 13, 2005, is hereby removed and expunged from the County records and shall no longer constitute a lien or encumbrance upon the aforesaid real property.

**IT IS SO ORDERED.**

DATED this 21st day of September, 2009.

Submitted by:

| LAW OFFICE OF FRANK SORRENTINO | CHAPTER 13 TRUSTEE |
|---|---|
| /s/ Frank Sorrentino | /s/ Rick A. Yarnall |
| By:_____ | By:_____ |
| FRANK SORRENTINO, ESQ. | RICK A. YARNALL |
| Nevada Bar #000421 | |
| 1118 E. Carson | |
| Las Vegas, NV  89101 | |
| Attorney for Debtor | |

/ / / /

/ / / /

/ / / /

/ / / /

/ / / /

ALTERNATIVE METHOD re: RULE 9021:

In accordance with Local Rule 9021, the undersigned certifies:

_____    The Court waived the requirements of LR 9021.

_____    I have delivered a copy of this proposed order to all attorneys and unrepresented parties who appear at the hearing regarding this matter and/or who filed a written objection and each has:

        _____    approved the form of this order;
        _____    waived the right to review the order; and/or
        _____    failed to file and serve paper in accordance with LR 9021(c)

_X_    I have delivered a copy of this proposed order to all attorneys, any trustee appointed in this case, and unrepresented parties who appeared at the hearing regarding this matter and/or who filed a written objection and all have either approved the form of this order, waived the right to review the order, failed to file and serve papers in accordance with LR 9021(c) and the following have disapproved the form of the order:

_____    No Opposition was filed to the motion and no other party or counsel appeared at the hearing.